# United States District Court
# For The Western District of North Carolina
# Asheville Division

Randolph A. Watterson ,

    Plaintiff(s),

vs.

Duane Terrell , et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10-cv-00184

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

Signed: September 30, 2011

Frank G. Johns, Clerk
United States District Court